**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Octavio SANCHEZ–SANCHEZ,
Defendant–Appellant.**

No. 00–30266.
D.C. No. CR–00–6002–1–FVS.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 22, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM[2]

Octavio Sanchez–Sanchez appeals the judgment of conviction and his 46 month sentence following his guilty plea to unlawful reentry by a previously deported alien. Sanchez–Sanchez contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly imposed a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) because the government neither pled in the indictment nor established through the guilty plea that Sanchez–Sanchez had been deported following a prior conviction for an aggravated felony. Sanchez–Sanchez also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense). These arguments are foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000), *amended* (Feb. 8, 2001).

The sentence is AFFIRMED. This matter is REMANDED to the district court with directions to correct the judgment of conviction to exclude the reference to 8 U.S.C. § 1326(b), consistent with *United States v. Rivera–Sanchez*, 222 F.3d 1057 (9th Cir.2000). *See United States v. Herrera–Blanco*, 232 F.3d 715, 719 (2000).

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4. Accordingly, the motion to submit without argument is granted.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.